| | | | |
|---|---|---|---|
| R.B. v. J.A. | 1805 MDA 2015 Appeal dismissed | 07/20/2016 | 2011 FC 40380 (Lackawanna) |
| Com. v. Cantoral | 1935 MDA 2015 Affirmed | 07/20/2016 | CP–67–CR–0003513–2012 (York) |
| A.V. v. A.M. | 217 MDA 2016 Affirmed | 07/20/2016 | 2014 CV 3436 CU (Dauphin) |
| Com. v. Parker | 1428 WDA 2014 Affirmed | 07/20/2016 | CP–02–CR–0003487–2013 (Allegheny) |
| Com. v. Guzman | 677 WDA 2015 Affirmed | 07/20/2016 | CP–56–CR–0000503–2014 (Somerset) |
| Com. v. Keppel | 1701 WDA 2015 Affirmed Application to Withdraw as Counsel Granted | 07/20/2016 | CP–25–CR–0002781–2014 (Erie) |
| Com. v. Quodos | 531 EDA 2014 Affirmed | 07/21/2016 | CP–51–CR–0016059–2008 (Philadelphia) |
| Melton v. Statewide Abstract Group | 1796 EDA 2014 Affirmed | 07/21/2016 | September Term, 2013 No. 01313 (Philadelphia) |
| Com. v. Stine | 2882 EDA 2014 Affirmed | 07/21/2016 | CP–46–CR–0005987–2013 (Montgomery) |
| Com. v. Payne | 3179 EDA 2014 Affirmed | 07/21/2016 | CP–51–CR–0004095–2013 (Philadelphia) |
| Com. v. Terrell | 236 EDA 2015 Affirmed | 07/21/2016 | CP–51–CR–0011246–2014 (Philadelphia) |
| Scott v. Lower Bucks Hospital [35] | 1140 EDA 2015 Affirmed and Vacated | 07/21/2016 | 2010–01193 (Bucks) |
| Scott v. Lower Bucks Hospital [36] | 1306 EDA 2015 Appeal dismissed | 07/21/2016 | 2010–01193 (Bucks) |
| Com. v. Abner | 1322 EDA 2015 Affirmed | 07/21/2016 | CP–51–CR–0003542–2012 (Philadelphia) |
| Trust under Will of Cassatt | 1587 EDA 2015 Reversed and Remanded | 07/21/2016 | 1994–X1352 (Montgomery) |
| Vanett v. Vanett | 1792 EDA 2015 Affirmed | 07/21/2016 | 1997–8655 (Delaware) |

**35.** Petition for reargument denied September 22, 2016.
**36.** Petition for reargument denied September 22, 2016.